IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRI-VALLEY CORPORATION, et al.,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 12-12291 (MFW) <br><br> (Jointly Administered) |
| Chartis Specialty Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> Tri-Valley Corporation, *et al.*, <br><br> Defendant. | Adv. Pro. No. 12-51243 (MFW) |

**AMENDED[2] NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR STATUS CONFERENCE ON OCTOBER 23, 2013 AT 2:00 P.M.**

**\*AT THE COURT'S DIRECTION THIS HEARING IS CANCELLED\***

**RESOLVED MATTERS:**

Chartis Specialty Insurance Company v. Tri-Valley Corporation [Adv. Pro. No. 12-51243 (MFW)

1.  Complaint Interpleading Insurance Policy Proceeds by Chartis Specialty Insurance Company against Tri-Valley Corporation, Luna & Glushon [Docket No. 1; filed December 10, 2012]

    Answer Deadline:         January 14, 2013

    Answer(s) Received:

            a. Answer to Complaint Filed by Tri-Valley [Docket No. 4; filed January 14, 2013]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

[2] Amended items appear in bold.

      b. Answer to Complaint Filed by Luna & Glushon [Docket No. 5; filed January 14, 2013]

<u>Related Document(s)</u>:

      c. Summons and Notice of Pretrial Conference [Docket No. 3; filed December 12, 2012]

      d. Order Setting Status Conference [Docket No. 8; filed September 26, 2013]

      **e. Certification of Counsel [Docket No. 13; filed October 22, 2013]**

**<u>Status</u>:** **The agreed upon scheduling order has been signed by the Court. No hearing is necessary.**

Dated: October 22, 2013  
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*  
William F. Taylor, Jr. (DE #2936)  
Kate R. Buck (DE #5140)  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
Telephone 302.984.6300  
wtaylor@mccarter.com  
kbuck@mccarter.com

 - *and* -

Charles A. Stanziale, Jr.  
Jeffrey T. Testa  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  
Telephone: (973) 622-4444

*Counsel for Charles A. Stanziale, Jr. the Chapter 7 Trustee for Tri-Valley Corporation, et al.*