UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRI-VALLEY CORPORATION, et al.,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br><br>Re: Dkt. No. 820 |
| CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRI-VALLEY CORPORATION and LUNA & GLUSHON,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No.: 12-51243 (MFW)<br><br><br><br>Re: Adv. Dkt. No. 13 |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceedings,

**IT IS HEREBY ORDERED** that:

1. The above-captioned plaintiff (the "Plaintiff") and defendants (each a "Defendant" and together with Plaintiff, the "Parties") are deemed to have completed the discovery planning conference described in Fed. R. Civ. P. 26(f).

2. Defendants shall exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, by no later than **ten days from the entry of this Order**. In accordance with Fed. R. Civ. P. 26(a)(1)(A) and (C), the Parties stipulate that initial

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program, L.P. (0334).

139967.01600/40208986v.3

disclosures shall not be required of the Plaintiff because this is an interpleader action and the Parties agree that initial disclosures from the Plaintiff are unnecessary.

3. Written fact discovery (i.e., requests for the production of documents, interrogatories and requests for admission) may be served from and after **November 15, 2013**, and shall be initiated so as to be completed by **January 20, 2014**.

4. Fact depositions may be noticed for a date on or after **January 20, 2014**, and shall be noticed so as to be concluded by **February 14, 2014**.

5. The parties shall identify any expert witnesses and the topics about which those expert witnesses may testify by **February 28, 2014**. Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, by **March 14, 2014**. Any expert report intended to rebut any other expert report shall be provided by **April 3, 2014**. All expert reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and all discovery shall close, by **April 15, 2014**.

6. All dispositive motions shall be filed and served by **April 29, 2014**, and shall be subject to Rule 7007 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; provided, however, that if no expert witnesses or topics about which expert witnesses may testify are identified, all dispositive motions shall be filed and served by **March 14, 2014**.

7. The Court will hold a status conference at a date and time to be determined, at which time the Court will consider (among other things) scheduling a final pretrial conference(s) and/or trial date(s) for this adversary proceeding.

8. Deadlines contained in paragraphs 2 through 6 of this Scheduling Order may be modified either by stipulation of the Parties that is filed with this Court or by the Court for good cause shown.

DATED: October 22, 2013

_____
Honorable Mary F. Walrath
Bankruptcy Court Judge

139967.01600/40208986v.3