IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TRI-VALLEY CORPORATION, *et al.*, | : | Case No. 12-12291-MFW |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 12-51243-MFW |
| v. | : | |
| | : | |
| TRI-VALLEY CORPORATION and LUNA & GLUSHON, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## LUNA & GLUSHON'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Luna & Glushon ("L&G") hereby moves (the "L&G Cross-Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure, for summary judgment declaring as a matter of law that interplead insurance policy proceeds in the amount of $284,102.18 (the "Interplead Funds") are not property of the above-captioned bankruptcy estate and therefore should be paid to L&G under the terms of the relevant pollution liability insurance policy.

L&G relies upon and incorporates its accompanying brief (the "Brief") filed (i) in opposition to *Tri-Valley Corporation's Motion for Summary Judgment* (the "Trustee's Motion"), which motion was filed by the chapter 7 trustee appointed in these bankruptcy cases; and (ii) in support of the L&G Cross-Motion. For the reasons set forth in the Brief, the L&G Cross-Motion should be granted and the Trustee's Motion should be denied.

139967.01600/40210585v.1

WHEREFORE, L&G respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit 1, (i) granting the L&G Cross-Motion and denying the Trustee's Motion, (ii) declaring the Interplead Funds are not property of the bankruptcy estate, (iii) directing the Clerk of the Court to pay the Interplead Funds to L&G, and (iv) for such other and further relief as this Court deems just, proper and necessary.

Dated: March 14, 2014

BLANK ROME LLP

_____
Michael D. DeBaecke (DE Bar No. 3186)
Stanley B. Tarr (DE Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
debaecke@blankrome.com
tarr@blankrome.com

*Attorneys for Luna & Glushon*

2