**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| TRI-VALLEY CORPORATION, et al. ) | Case No. 12-12291 |
| ) | |
| Debtors. ) | Jointly Administered |
| _____ ) | |
| CHARTIS SPECIALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 12-51243(MFW) |
| ) | |
| TRI-VALLEY CORPORATION and ) | |
| LUNA & GLUSHON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## O R D E R

**AND NOW,** this **25th** day of **NOVEMBER, 2014,** upon consideration of the Defendants' Cross-Motions for Summary Judgment on the Interpleader Complaint and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Cross-Motion for Summary Judgment filed by Defendant Luna & Glushon is **DENIED;** and it is further

**ORDERED** that the Motion for Summary Judgment filed by Charles A. Stanziale, Jr., as Chapter 7 Trustee for Defendant Tri-Valley Corporation is **GRANTED;** and it is further

**ORDERED** that the Clerk of Court shall release the $284,102.18 held by it to Charles A. Stanziale Jr., in his

capacity as Chapter 7 Trustee for Defendant Tri-Valley Corporation.

                                            BY THE COURT:

                                            Mary F. Walrath
                                            United States Bankruptcy Judge

cc: William F. Taylor, Jr., Esquire[1]

---

[1] Counsel shall distribute a copy of this Order and accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

William F. Taylor, Jr., Esquire
Kate R. Buck, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Counsel for the Chapter 7 Trustee

Charles A. Stanziale, Jr., Esquire
Eduardo J. Glas, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Counsel for the Chapter 7 Trustee

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Counsel for Luna & Glushon

Jesse Silverman, Esquire
Dilworth Paxson, LLP
150 Market Stret Suite 3500E
Philadelphia, PA 19102
Counsel for Chartis Specialty Insurance Company

Susan N. K. Gummow, Esquire
Butler Pappas Weihmuller Katz Craig LLP
115 S. LaSalle Street, Suite 3200
Chicago, IL 60603
Counsel for Chartis Specialty Insurance Company